**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Coat Check Coffee LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4110437** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **401 E Michigan St** **Indianapolis, IN 46204** | **328 N. Layman Avenue** **Indianapolis, IN 46219** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Marion** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://coatcheckcoffee.com/** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Coat Check Coffee LLC**                                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **7225**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor      **Coat Check Coffee LLC**                                                    Case number (*if known*) _____
　　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Strange Bird LLC** | Relationship | **CCC is partial owner** |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Coat Check Coffee LLC**                                          Case number (*if known*) _____
        Name

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Coat Check Coffee LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 28, 2024**
                MM / DD / YYYY

**X** **/s/ Neal Warner**                        **Neal Warner**
Signature of authorized representative of debtor    Printed name

Title    **Co-Owner**

**18. Signature of attorney**

**X** **/s/ Jason T. Mizzell**                    Date **August 28, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Jason T. Mizzell 30038-53**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone    **317-692-9000**    Email address    **jmizzell@kgrlaw.com**

**30038-53 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Coat Check Coffee LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August 28, 2024__          X */s/ Neal Warner_____
                                            Signature of individual signing on behalf of debtor

                                            **Neal Warner**_____
                                            Printed name

                                            **Co-Owner**_____
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Coat Check Coffee LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 6031 Carol Stream, IL 60197 | | credit card purchases (Lowes Business reward card)) | | | | $18,594.11 |
| Capital One PO Box 30285 Salt Lake City, UT 84130 | | credit card purchases (Small Victories card) | | | | $12,781.75 |
| Chase Bank PO Box 6294 Carol Stream, IL 60197 | | CCC credit card | | | | $14,700.95 |
| Chase Bank PO Box 6294 Carol Stream, IL 60197 | | CCC Roasting LLC; | | | | $13,591.15 |
| Chase Bank PO Box 6294 Carol Stream, IL 60197 | | bakery credit card | | | | $10,639.41 |
| Chase Bank PO Box 6294 Carol Stream, IL 60197 | | Provider credit card | | | | $19,590.86 |
| Chef's Warehouse Midwest, LLC 100 East Ridge Road Ridgefield, CT 06877 | | CCC Baking d/b/a Landlocked Baking | | | | $24,364.51 |
| Credit Key 145 S. Fairfax Avenue, Suite 200 Los Angeles, CA 90036 | | SVH credit card | | | | $11,132.47 |

Debtor **Coat Check Coffee LLC**                                      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **De La Finca Coffee Company LLC 108 Thomas Mill Rd. Suite 100 Holly Springs, NC 27540** | | **CCC Roasting LLC** | | | | **$14,747.35** |
| **FNBO PO Box 3128 Omaha, NE 68103** | | **Credit Card - CCC webstraunt** | | | | **$10,462.57** |
| **Indiana Department of Revenue 100 North Senate Avenue N-240 MS 108 Indianapolis, IN 46204** | | **Possible withholding tax obligations** | | | | **$11,000.00** |
| **Indiana Department of Revenue 100 North Senate Avenue N-240 MS 108 Indianapolis, IN 46204** | | **Sales Tax-Responder** | | | | **$17,083.52** |
| **Indiana Department of Revenue 100 North Senate Avenue N-240 MS 108 Indianapolis, IN 46204** | | **Sales Tax- CCC Cafe LLC** | | | | **$40,661.55** |
| **Indiana Department of Revenue 100 North Senate Avenue N-240 MS 108 Indianapolis, IN 46204** | | **Sales Tax-Provider** | | | | **$31,091.11** |
| **Indiana Department of Revenue 100 North Senate Avenue N-240 MS 108 Indianapolis, IN 46204** | | **Sales Tax-Landlocked** | | | | **$28,024.40** |
| **Internal Revenue Service 575 N. Pennsylvania Street Stop SB380 Indianapolis, IN 46204** | | **Possible withholding tax obligations** | | | | **$11,000.00** |

Debtor  **Coat Check Coffee LLC**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **North Star Leasing 747 Pine St. #201 Burlington, VT 05401** | | **Machine Rental - Brewing Equipment - Spike Nano** | | | | **$13,000.00** |
| **Third Street Ventures, LLC 6630 E. 75th Street, Suite 214 Indianapolis, IN 46250** | | **Business loan** | | | | **$60,000.00** |
| **U.S. Small Business Adminstration 2 North Street Birmingham, AL 35203** | | **See attached UCC Financing Statement** | | **$519,931.41** | **Unknown** | **$470,000.00** |
| **What Chef's Want 940 West 5th St. Cincinnati, OH 45203** | | **CCC Baking LLC d/b/a Landlocked Baking** | | | | **$11,634.65** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name    **Coat Check Coffee LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   **Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................................   $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................   $    **253,320.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................   $    **253,320.00**

---

**Part 2:**   **Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **943,520.56**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **144,962.42**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$    **1,068,160.82**

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b    $    **2,156,643.80**

**Fill in this information to identify the case:**

Debtor name      **Coat Check Coffee LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Stockyard Bank (Coat Check Coffee)** | **Checking** | **6796** | **$15.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                              **$15.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **$1500 security deposit for warehouse rental for Debtor. Debtor does not believe this is recoverable.** | **$1,500.00** |
| --- | --- | --- |
| 7.2. | **$2000 security deposit for landlord for Provider Coffee. Debtor does not believe this is recoverable.** | **$2,000.00** |

Debtor    **Coat Check Coffee LLC**
_____    Case number *(If known)* _____
            Name

|  | | |
|---|---|---|
| 7.3. | **$1000 security deposit for landlord for Coat Check. Debtor does not believe this is recoverable.** | **$1,000.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              **$4,500.00**

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
□ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

□ No. Go to Part 5.
■ Yes Fill in the information below.

|  |  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **CCC Baking LLC d/b/a Landlocked Baking Company,**<br>**Provider Coffee LLC,**<br>**Responder LLC d/b/a Chalet Brewing,**<br>**Small Victories Hospitality LLC,**<br>**CCC Irvington LLC,**<br>**CCC Builders, LLC,**<br>**CCC Park West LLC,**<br>**CCC Cafe LLC, CCC Roasting LLC d/b/a Certain Feelings Coffee.**<br>**Liabilities outweigh assets for all entities and most are not operating.** | **100** % | **Liquidation** | **Unknown** |
| 15.2. | **Strange Bird, LLC** | **80** % | **Liquidation** | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                              **$0.00**

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

□ No. Go to Part 6.

Debtor   **Coat Check Coffee LLC**                              Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Supplies and/or goods for the businesses including coffee and paper goods** | | **$0.00** | **Liquidation** | **$10,000.00** |
| 22. **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**

      Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$10,000.00** |

24.   **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value     **4,000.00**   Valuation method _____ Current Value   **4,000.00**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture  - see attached list** | **$5,000.00** | | **$5,000.00** |
| 40. **Office fixtures** **Office Decor** | **$5,000.00** | | **$5,000.00** |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **Coat Check Coffee LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | Unknown | | $5,180.00 |
|---|---|---|---|
| **Electronics and Point-of-Sale equipment - see attched list** | | | |

| **Provider Equipment - Office Furniture, Computer Equipment, Kitchen Equipment, etc. See Attached Equipment List** | $42,130.00 | | $42,130.00 |
|---|---|---|---|

| **CCC Cafe Equipment - Kitchen Equipment, Office Furniture, etc. See attached Equipment List** | $37,520.00 | | $37,520.00 |
|---|---|---|---|

| **Restaurant Equipment - Tables, Chairs, appliances, etc. - See Attached Equipment List** | $53,975.00 | | $53,975.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $148,805.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Refrigeration** | $50,000.00 | | $50,000.00 |
| **Bellweather Coffee Roaster** | $0.00 | | $0.00 |
| **Mod Bar Espresso Machine** | $10,000.00 | | $10,000.00 |

Debtor     **Coat Check Coffee LLC**                                    Case number *(If known)* _____
           Name

**Eversys Espresso Maching** _____     $20,000.00   _____     $20,000.00

---

51.   **Total of Part 8.**                                                          | $80,000.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Name and trade dress specifically for Coat Check Coffee and Provider; Social Media, IP, Goodwill, etc.** | $10,000.00 | | $10,000.00 |

65.   **Goodwill**

66.   **Total of Part 10.**                                                         | $10,000.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No

Debtor    **Coat Check Coffee LLC**                                    Case number *(If known)* _____
_____
Name

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Coat Check Coffee LLC**_____    Case number *(if known)* _____
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $148,805.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $253,320.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $253,320.00 |

| Item | Brand | Model | Serial | Year | Location | Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| Milk Fridge | TRUE | T-12G | 7024873 | 2011 | Coat Check | | | $ 300.00 |
| 2 door back-bar | Avantco | 17UBB60HC | 9133170046 | 2019 | Coat Check | | | $ 650.00 |
| Small Merchandiser | Unknown | Unknown | Unknown | 2017 | Coat Check | | | $ 200.00 |
| Flip Top Prep Fridge with overshelf | Turbo Air | MST-36 | MS3TC01012 | 2019 | Coat Check | | | $ 1,600.00 |
| Keg Fridge | Beverage Air | BB58-1-B-ALT | 12115507 | 2017 | Coat Check | | | $ 2,100.00 |
| Chest Freezer | Electrolux | FFC15C4CW0 | WB34819117 | 2019 | Coat Check | | | $ 100.00 |
| 2 door back-bar | Avantco | 178UBB60HC | 9133170046 | 2018 | Coat Check | | | $ 600.00 |
| Reach in | TRUE | T-23 | 8158607 | 2015 | Coat Check | | | $ 800.00 |
| Batch Brewer | Curtis | G4TP1T10A3100 | 13401071 | | Coat Check | | | $ 1,100.00 |
| Espresso Mach | La Marzocco | Linea PB 2AV | PB005492 | | Coat Check | | | $ 7,000.00 |
| Grinder (Espres | Mahlkonig | E80 Supreme | 649680 | | Coat Check | | | $ 2,500.00 |
| Grinder (Espres | Mazzer | Luigi Spa/Lux D | 1719711 | | Coat Check | | | $ 750.00 |
| Grinder (Batch) | Mahlkonig | EK43 | 619887 | | Coat Check | | | $ 2,500.00 |
| Reverse Osmo | GC Water | NEX 500 Formulator | | | Coat Check | | | $ 1,500.00 |
| Oven | Moffat | Turbofan | E32D5 | | Coat Check | | | $ 1,000.00 |
| Speaker | Sonos Play 5 Speaker | | | | Coat Check | | | $ 100.00 |
| Speaker | Sonos Play 5 Speaker | | | | Coat Check | | | $ 100.00 |
| Speaker | Sonos Play 3 Speaker | | | | Coat Check | | | $ 100.00 |
| Amplifier | Sonos Connect Amp | | | | Coat Check | | | $ 100.00 |
| Hi-Fi Speaker | 2 Specimen Audio Hi-Fi Speakers | | | | Coat Check | | | $ 2,700.00 |
| POS Terminal | Toast POS Register | | | | Coat Check | | | $ 500.00 |
| POS Printer | Toast POS Printers | | | | Coat Check | | | $ 200.00 |
| Hand Sink | | | | | Coat Check | | | $ 50.00 |
| Hand Sink | | | | | Coat Check | | | $ 50.00 |
| 3 Bay Warewashing Sink | | | | | Coat Check | | | $ 1,000.00 |
| Commercial MIcrowave | | | | | Coat Check | | | $ 500.00 |
| Toaster | | | | | Coat Check | | | $ 200.00 |
| 1 Stainless Steel ice bin | | | | | Coat Check | | | $ 50.00 |
| 1 white rolling shelf | | | | | Coat Check | | | $ 25.00 |
| Wire Rack Rolling | | | | | Coat Check | | | $ 50.00 |
| Wire Rack Rolling | | | | | Coat Check | | | $ 50.00 |
| Prep Table | | | | | Coat Check | | | $ 75.00 |
| Prep Table | | | | | Coat Check | | | $ 100.00 |
| Prep Table | | | | | Coat Check | | | $ 100.00 |
| Bar Rail | | | | | Coat Check | | | $ 10.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Shelving Rack | | | | | Coat Check | | | $ 25.00 |
| Custom Stained Glass Coat Check Logo | | | Coat Check | | | 1.00 | $300.00 | $300.00 |
| Custom Backbar Floating Shelves | | | Coat Check | | | 1.00 | $50.00 | $50.00 |
| 6 Silver Stools | | | Coat Check | | | 1.00 | $200.00 | $200.00 |
| 6 Custom Made Service Counter Modules | | | Coat Check | | | 6.00 | $350.00 | $2,100.00 |
| Plumbing and Discharge Pump | | | | | | | | $250.00 |
| Condiment Cart | | | Coat Check | | | 1.00 | $50.00 | $50.00 |
| Pastry Case | | | Coat Check | | | 2.00 | $200.00 | $400.00 |

| | | | | |
|---|---|---|---|---|
| Tap Tower | 6 Line Tap tower with Pulls | Coat check | $ | 200.00 |
| Cold Coffee Brewer | SS Brewtech Cold Coffee Bucket | Coat Check | $ | 200.00 |
| | Nitrogen Gas Cylender | Coat Check | $ | 100.00 |
| | Carbon Dioxide Gas Cylander | Coat Check | $ | 100.00 |
| Coffee Scales   Acia | | | $ | 300.00 |
| Espresso Distri Ona Coffee | | | $ | 50.00 |
| Espresso Tamp Push Tamp | | | $ | 50.00 |
| Pitcher Rinser | | | $ | 100.00 |
| Tamp Mat | | | $ | 10.00 |
| 5 gallon coffee Cambro Containers | | | $ | 250.00 |
| Airpots | | | $ | 150.00 |
| Single Bay Bar Sink | | | $ | 100.00 |
| Mop Sink | | | $ | 100.00 |
| Small Ice Bin | | | $ | 50.00 |
| Coffee Smallwa Steaming Pitchers, espresso pitchers, growlers, spoons, whisk, condemint containers, matcha tools | | | $ | 250.00 |
| Barware | Cocktail Kingdc 5 Shaker Tin Sets, jiggers, barsspoons, strainers, mesh strainers, A Bar Above Mats | | $ | 350.00 |
| Glassware | NotNeutral Coffee Cups, Cocktail Glasses, Pint Glasses, Espresso Glassware, | | $ | 750.00 |
| Food Prep Sma Food containers, tools, sauce bottles, knives, plates, napkin dispensers, 1/6 pans, sheet pans | | | $ | 1,000.00 |
| Rapid Cook Ov Merrychef | | | $ | 1,000.00 |
| Deposit Safe | | | $ | 20.00 |
| Change Safe | | | $ | 20.00 |
| Filing Cabinet | | | $ | 10.00 |
| | | | $ | 37,520.00 |

| Type | Manufacturer | Configuration | Model | S/N | Year | Location | estimated value |
|---|---|---|---|---|---|---|---|
| Large Reach-in | Beverage Air | 1 door | SR1HC-1S | 0035513-30995-B | 2023 | Provider | $ 3,000.00 |
| Flip Top Prep Fridge | Turbo Air | 2 door | MST-36-N6 | MS3T0CN5040 | 2019 | Provider | $ 2,100.00 |
| Under Counter | Delfield | 2 door | UC4048P-STAR | 1.70515E+12 | 2017 | Provider | $ 1,200.00 |
| Chest Freezer | | | | | | Provider | $ 100.00 |
| Walk-in Cooler | Kolpak | | | | 2018 | Provider | $ 7,600.00 |
| Work Top | 1 Door | Delfield | 406-STAR2 | 0606036102240-T | 2015 | Provider | $ 500.00 |
| Espresso Machine | La Marzocco | | Linea Classic AV 3-group | | | Provider | $ 4,500.00 |
| Batch Coffee Brewer | Curtis | | G4TP1S63A3' 13695102 | | | Provider | $ 900.00 |
| Grinder (Espresso) | Mahlkonig | | E80 Supreme | 649670 | | Provider | $ 2,300.00 |
| Grinder (Batch) | Mahlkonig | | EK43/12 | 571253 | | Provider | $ 2,500.00 |
| Reverse Osmosis W: | GC Water | | NEX 500 System | | | Provider | $ 1,500.00 |
| Coffee Scales | Acia | | | | | | $ 300.00 |
| Espresso Distributor | Ona Coffee | | | | | | $ 50.00 |
| Espresso Tamper | Push Tamp | | | | | | $ 50.00 |
| Pitcher Rinser | | | | | | | $ 100.00 |
| Tamp Mat | | | | | | | $ 10.00 |
| 2 bay sink | | | | | | | $ 300.00 |
| Hand Sink | | | | | | | $ 50.00 |
| Coffee Smallwares | Steaming Pitchers, espresso pitchers, air pots, spoons, whisk, condemint containers, matcha t | | | | | | $ 250.00 |
| Barware | Cocktail Kingdc 10 Shaker Tin Sets, 5 jiggers, barsspoons, strainers, mesh strainers, A Bar Ab | | | | | | $ 350.00 |
| Glassware | NotNeutral Coffee Cups, Cocktail Glasses, Pint Glasses, Espresso Glassware, | | | | | | $ 750.00 |
| Food Prep Smallwar | Food containers, tools, sauce bottles, knives, plates, napkin dispensers, 1/6 pans, sheet pans | | | | | | $ 1,000.00 |
| Rapid Cook Oven | Merrychef | Eikon E3 | e3CXXMV6DFI 171121309020 2018 | | | Provider | $ 1,000.00 |
| Network Rack | | | | | | Provider | $ 10.00 |
| Battery Backup | Tripp Lite | | | | | Provider | $ 25.00 |
| POE Network Switch | Netgear GC510PP | | | | | Provider | $ 25.00 |
| Network Cooling Fan | | | | | | Provider | $ 25.00 |
| Router | Netgear | | BR 500 | | | Provider | $ 100.00 |
| Patch Panel | | | | | | Provider | $ 25.00 |
| Wireless Access Poii | Netgear Insight | | | | | Provider | $ 25.00 |
| | | | | | | | |
| Speaker | Sonos | | play 5 speaker | | | Provider | $ 100.00 |
| Speakers | Pioneer | | Vintage Wooden, Restored | | | Provider | $ 250.00 |
| Amplifier | Sonos | | Connect Amp | | | Provider | $ 100.00 |
| Subwoofer | Dayton Audio | | | | | Provider | $ 100.00 |
| | | | | | | | |
| Toast Point-of-Sale t | Toast | | | | | Provider | $ 500.00 |
| Cash Drawer | Toast | | | | | Provider | $ 25.00 |
| Point of Sale Printer | Star | | | | | Provider | $ 100.00 |
| Point of Sale Printer | Star | | | | | Provider | $ 100.00 |
| Brother | Laser Printer | | | | | Provider | $ 25.00 |
| Deposit Safe | | | | | | Provider | $ 20.00 |
| Change Safe | | | | | | Provider | $ 20.00 |
| Key Box | | | | | | Provider | $ 5.00 |
| Filing Cabinet | | | | | | Provider | $ 10.00 |
| Shelving Rack | Office Coffee Shelf | | | | | Provider | $ 25.00 |
| Shelving Rack | Office Paper Shelf | | | | | Provider | $ 25.00 |
| Shelving Rack | Office Rolling Shelf | | | | | Provider | $ 25.00 |
| Shelving Rack | Office Small Shelf | | | | | Provider | $ 25.00 |
| Shelving Rack | Tall Cup Storac next to heater | | | | | Provider | $ 50.00 |
| Shelving Rack | White Cup Storage | | | | | Provider | $ 50.00 |
| Shelving Rack | Cup Storage B: between door and Black Cabinet | | | | | Provider | $ 25.00 |
| Shelving Rack | Cup Storage B: Near door | | | | | Provider | $ 25.00 |
| Shelving Rack | Cup Storage Back | | | | | Provider | $ 25.00 |

| Item | Location | Owner | Qty | Unit | Total |
|---|---|---|---|---|---|
| Shelving Rack | Inside Back Closet | Provider | | | $ 25.00 |
| Shelving Rack | Inside Back Closet | Provider | | | $ 25.00 |
| Shelving Rack | Inside Walk in cooler | Provider | | | $ 25.00 |
| Shelving Rack | Inside Walk in cooler | Provider | | | $ 50.00 |
| Shelving Rack | Inside walk in cooker near door | Provider | | | $ 25.00 |
| Black Storage Cabin | Back Hallway | Provider | | | $ 30.00 |
| Black Storage Cabin | Back Hallway | Provider | | | $ 30.00 |
| Black Storage Cabin | Restroom | Provider | | | $ 10.00 |
| Wooden Cabinet | Above Drinking Fountain | Provider | | | $ 75.00 |
| Shelving Rack | Bus Station | Provider | | | $ 25.00 |
| Shelving Rack | Under Sink | Provider | | | $ 10.00 |
| Bar Rail | | Provider | | | $ 5.00 |
| Shelving Rack | Small White Wire Shelve | Provider | | | $ 25.00 |
| Shelving Rack | POS Rack | Provider | | | $ 25.00 |
| Mop Bucket | | Provider | | | $ 5.00 |
| Trash Cans | 10 total | Provider | | | $ 100.00 |
| Work Table Wood To | Food Prep | Provider | | | $ 150.00 |
| Work Table Wood To | Coffee Station | Ptrovider | | | $ 150.00 |
| | | | | | |
| Micromatic 10 Tap tower with Custom Pulls, matching glass rinser and drip tray | | Provider | | | $ 350.00 |
| Glycol Cooling system for Draft System | | Provider | | | $ 950.00 |
| McDantim Beer Gas Blending Unit | | Provider | | | $ 200.00 |
| Micromatic 13 line custom blend keg couplers in walk-in | | Provider | | | $ 100.00 |
| Nitrogen Gas Cylinder | | Provider | | | $ 100.00 |
| Carbon Dioxide Gas Cylander | | Provider | | | $ 100.00 |
| SS Brewtech Cold Coffee Bucket | | Provider | | | $ 200.00 |
| Stainless Steel ice bin | | Provider | | | $ 50.00 |
| Commercial Microwave | | Provider | | | $ 100.00 |
| "Nice Weather" Neon Sign | | Provider | 1.00 | $200.00 | $200.00 |
| 20 live plants | | Provider | 1.00 | $100.00 | $100.00 |
| 1 32" TV | | Provider | 1.00 | $50.00 | $50.00 |
| Phillips Hue Lighting System | | Provider | 1.00 | $100.00 | $100.00 |
| Semi-circular Leather Chairs | | Provider | 4.00 | $100.00 | $400.00 |
| 4 top wooden dining table mounted to colum | | Provider | 1.00 | $150.00 | $150.00 |
| Brass Tables | | Provider | 4.00 | $200.00 | $800.00 |
| Brass and Leatherette Chairs for Brass Tables | | Provider | 8.00 | $50.00 | $400.00 |
| metal bar stools | | Provider | 10.00 | $50.00 | $500.00 |
| Wood and metal backless bar stools | | Provider | 8.00 | $50.00 | $400.00 |
| mid-century style leather chairs | | Provider | 4.00 | $100.00 | $400.00 |
| Live edge 4 seat custom table | | Provider | 1.00 | $300.00 | $300.00 |
| leather bar stools | | Provider | 6.00 | $100.00 | $600.00 |
| 6-seat bar-height custom table | | Provider | 1.00 | $200.00 | $200.00 |
| pastry cases | | Provider | 3.00 | $200.00 | $600.00 |
| Exterior metal tables | | Provider | 8.00 | $25.00 | $200.00 |
| metal barstools with backs | | Provider | 6.00 | $10.00 | $60.00 |
| exterior metal chairs | | Provider | 32.00 | $10.00 | $320.00 |
| exterior wood and metal table | | Provider | 1.00 | $150.00 | $150.00 |
| antique wooden storage shelf | | Provider | 1.00 | $50.00 | $50.00 |
| Stainless steel prep table bussing station | | Provider | 1.00 | $150.00 | $150.00 |
| Office Desk with Rolling Stool | | Provider | 1.00 | $75.00 | $75.00 |
| 3-tier white rolling cart | | Provider | 1.00 | $20.00 | $20.00 |
| wooden high chairs | | Provider | 2.00 | $30.00 | $60.00 |
| Work Desk in seating area with Outlet and 2 tufted stools | | Provider | 1.00 | $200.00 | $200.00 |
| Extension Ladder | | Provider | 1.00 | $100.00 | $100.00 |
| 12 ft Ladder | | Provider | 1.00 | $150.00 | $150.00 |
| Table height Stools in foyer | | Provider | 4.00 | $20.00 | $80.00 |

| Round Tables in Foyer | Provider | 2.00 | $50.00 | $100.00 |

$   42,130.00

| Type | Manufacturer | | S/N | Year | Location | estimated value |
|---|---|---|---|---|---|---|
| Work Top | TRUE | TUC-27-HC | 8683574 | 2015 | Storage Unit | $ 900.00 |
| Solid Door Reach in | TRUE | T-23-HC | 10353552 | 2017 | Storage Unit | $ 900.00 |
| Small Reach in | Avantco | 178A12RHC | 7712172121071019 | 2022 | Storage Unit | $ 900.00 |
| GE Upright Freezer | | | | | | $ 50.00 |
| Reach in | Turbo Air | TSR-23 | 002235002MR | 2015 | Storage Unit | $ 400.00 |
| Work Top | Turbo Air | JUR-36 | JU3RB04010 | 2015 | Storage Unit | $ 400.00 |
| Reach in | Turbo Air | TSR-23SD | DR23SB002 | 2015 | Storage Unit | $ 400.00 |
| Undercounter | Delfield | | | | Storage Unit | $ 400.00 |
| Reach in | TRUE | GDM-23 | 1-2186962 | | Storage Unit | $ 400.00 |
| Reach in | Avantco | small unit | | 2023 | Storage Unit | $ 1,100.00 |
| Glass Front | TRUE | GDM-10 | 7255779 | 2011 | Storage Unit | $ 200.00 |
| Ice cream freezer | | | | | Storage Unit | $ 250.00 |
| Oven | Moffat | Turbofan 32 | | | Storage Unit | $ 1,900.00 |
| Tap Fridge | Delfield | | | | Storage Unit | $ 400.00 |
| Grinder (Batch) | Grindmaster | | | | Storage Unit | $ 250.00 |
| Grinder (Batch) | Mahlkonig | | | | Storage Unit | $ 2,500.00 |
| Espresso Machine | Rancilio | | | | Storage Unit | $ 1,700.00 |
| Grinder (Espresso) | Mazzer | | | | Storage Unit | $ 750.00 |
| Batch Brewer | 3Temp | | | | Storage Unit | $ 500.00 |
| Espresso Machine | Modbar | | | | Storage Unit | $ 3,000.00 |
| Steam Module | Modbar | | | | Storage Unit | $ 3,000.00 |
| Grinder (Espresso) | Mazzer | | | | Storage Unit | $ 750.00 |
| Grinder (Espresso) | Mazzer | | | | Storage Unit | $ 750.00 |
| Grinder (Batch) | Mahlkonig | | | | Storage Unit | $ 1,500.00 |
| Espresso Machine | Nuova Simonelli | | | | Storage Unit | $ 750.00 |
| Espresso Machine | Nuova Simonelli | | | | Storage Unit | $ 200.00 |
| Espresso Machine | Modbar | | | | Storage Unit | $ 1,000.00 |
| Espresso Machine | Eversys | | | | Storage Unit | $ 2,500.00 |
| Batch Brewer | Curtis | | | | Storage Unit | $ 900.00 |
| Reverse Osmosis Wa | GC Water | | | | Storage Unit | $ 1,500.00 |
| Reverse Osmosis Wa | GC Water | | | | Storage Unit | $ 1,500.00 |
| Oven | E32D5 | | | | Landlocked | $ 1,000.00 |
| Oven | E32D5 | | | | Landlocked | $ 1,000.00 |
| Oven | E32D5 | | | | Landlocked | $ 700.00 |
| PFA Rapid Fryer | | | 2021 | | Storage Unit | $ 3,000.00 |
| Oven | | | | | Storage Unit | $ 1,000.00 |
| Toaster | WCT850 | | | | Storage Unit | $ 50.00 |
| Scale | GSP30B | | | | Storage Unit | $ 150.00 |
| Rethermalizer | FSPW-SS | 04K16F | | | Storage Unit | $ 25.00 |
| Egg Cooking Station | ES-604CV | | 9089018 | | Storage Unit | $ 150.00 |
| Convection Oven 1/4 | Sheet Pan | | | | Storage Unit | $ 50.00 |
| Panini Press | | | 141218 | | Storage Unit | $ 50.00 |
| Toaster | | | | | Storage Unit | $ 50.00 |
| Food Warmer | | | 2018 | | Storage Unit | $ 50.00 |
| Food Warmer | | | | | Storage Unit | $ 50.00 |
| Bagel Slicer | 1266/092512 | | | | Storage Unit | $ 1,300.00 |
| Panini Press | | | | | Storage Unit | $ 50.00 |
| Exhaust Fan | | | | | Storage Unit | $ 250.00 |
| Ventless Hood | Q311210201 | | 2002 | | Storage Unit | $ 300.00 |
| Range/Oven | 351S36G12N | | 2021 | | Storage Unit | $ 500.00 |
| Prep Table | | | | | Storage Unit | $ 50.00 |
| Prep Table | | | | | Storage Unit | $ 50.00 |
| 23 wire racks | | | | | Storage Unit | $ 1,000.00 |

| Item | | | Location | Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Prep Table | | | | | Storage Unit | $ 25.00 |
| French Fry Warmer | | Hatco Glo-Ray | Storage Unit | | | $ 1,700.00 |
| Toaster | | Ava Toast Con | Storage Unit | | | $ 50.00 |
| Vent Hood | | Broan Vent Ho | Storage Unit | | | $ 25.00 |
| Shelving Rack | | | | | Storage Unit | $ 25.00 |
| Shelving Rack | | | | | Storage Unit | $ 25.00 |
| Shelving Rack | | | | | Storage Unit | $ 25.00 |
| Prep Table | | | | | Storage Unit | $ 300.00 |
| Sink | | | | | Storage Unit | $ 100.00 |
| Microwave | | | | | Storage Unit | $ 250.00 |
| Microwave | | | | | Storage Unit | $ 250.00 |
| Ice Bin | | | | | Storage Unit | $ 100.00 |
| | | | | | | |
| Pop Corn Machine | | | | | Storage Unit | $ 75.00 |
| Bar-Maid Glass Dryer | | | | | Storage Unit | $ 300.00 |
| Bar-Maid Glass Washer | | | | | Storage Unit | $ 100.00 |
| Hand Sink | | | | | Storage Unit | $ 50.00 |
| 2 bay bar sink | | | | | | $ 50.00 |
| | | | | | | |
| Custom Stained Glass Entryway window | | | Storage Unit | 1.00 | $200.00 | $200.00 |
| Taxidermy Goat Head | | | Storage Unit | 1.00 | $500.00 | $500.00 |
| Skis | | | Storage Unit | 1.00 | $200.00 | $200.00 |
| Antler Chandelier | | | Storage Unit | 1.00 | $100.00 | $100.00 |
| String Lights/Flags | | | Storage Unit | 1.00 | $50.00 | $50.00 |
| 5 pieces of Stained Glass | | | Storage Unit | 1.00 | $100.00 | $100.00 |
| Neon Open Sign | | | Storage Unit | 1.00 | $100.00 | $100.00 |
| Wire Rack for POS | | | Storage Unit | 1.00 | $50.00 | $50.00 |
| Bar Height 2-top Round Tables | | | Storage Unit | 3.00 | $100.00 | $300.00 |
| Gray/Wood Stools | | | Storage Unit | 6.00 | $50.00 | $300.00 |
| Brown Dining Chair | | | Storage Unit | 6.00 | $100.00 | $600.00 |
| Host Station | | | Storage Unit | 1.00 | $50.00 | $50.00 |
| Wire Bus Tub Rack | | | Storage Unit | 1.00 | $50.00 | $50.00 |
| | | | | | | |
| Element 7 | Storage | Nitrogen Generator | Storage Unit | | | $ 250.00 |
| 2 BBL fermenter | | | Storage Unit | | | $ 500.00 |
| LG 2516ER | | | | | | $ 500.00 |
| Dining Tables and Legs | | | | | | $ 1,000.00 |
| Dining Chairs and Stools | | | | | | $ 400.00 |
| Office Furniture | | | | | | $ 1,000.00 |
| Prep Table | | | Warehouse | | | $ 50.00 |
| Filing Cabinets | | | | | | $ 500.00 |
| | | 3 bay bar sink | Warehouse | | | $ 50.00 |
| 20 Quart Mixer | Hobart | | | | | $ 1,200.00 |
| | | | | | | |
| | | | | | | $ 53,975.00 |

**Fill in this information to identify the case:**

Debtor name **Coat Check Coffee LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Alliance Funding** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$6,000.00** | **$0.00** |

**Alliance Funding**
Creditor's Name

**17542 17th St. Suite 200**
**Tustin, CA 92780**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0437**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Bellweather Coffee Roaster**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$6,000.00**   Column B: **$0.00**

---

| 2.2 | **Cloud Fund/Delta Funding** | |
|---|---|---|

**Cloud Fund/Delta Funding**
Creditor's Name

**400 Rella Blvd. Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0437**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**See attached UCC financing statement (Provider Coffee LLC) - All Assets**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: $20,991.00   Column B: Unknown

---

Debtor  **Coat Check Coffee LLC**
_____        Case number (if known) _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

| 2.3 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576
Springfield, IL 62708**

**See attached UCC financing statement (Provider Coffee LLC)**

Creditor's mailing address

**Describe the lien**

**UCCSPREP@CSCINFO.COM**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Headway Capital** | **Describe debtor's property that is subject to a lien** | **$67,626.85** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**175 W. Jackson Blvd.
Suite 1000
Chicago, IL 60604**

**CCC Baking LLC d/b/a Landlocked Baking (bakery line) - All Assets**

Creditor's mailing address

**Describe the lien**
**Merchants Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Indiana Department of Revenue** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**100 North Senate Avenue
N-240 MS 108
Indianapolis, IN 46204**

Creditor's mailing address

**Describe the lien**

---

| Debtor | **Coat Check Coffee LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Intuit Financing Inc.** | **Describe debtor's property that is subject to a lien** | $9,677.61 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **SVH - All Assets** | | |

**2700 Coast Avenue**
**Mountain View, CA 94043**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/25/20222**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Intuit Financing Inc.** | **Describe debtor's property that is subject to a lien** | $18,743.78 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **CCC Cafe LLC - All Assets** | | |

**2700 Coast Avenue**
**Mountain View, CA 94043**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Coat Check Coffee LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **National Funding** | Describe debtor's property that is subject to a lien | **$6,076.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**9530 Towne Centre Drive**
**San Diego, CA 92121**

Creditor's mailing address

**CCC Baking LL d/b/a Landlocked Baking - All Assets**

Describe the lien
**Merchants Cash Advance**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/15/2023**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Navitas Credit Corp.** | Describe debtor's property that is subject to a lien | **$6,025.00** | **$10,000.00** |
|---|---|---|---|---|

Creditor's Name

**203 Fort Wade Road, Suite 300**
**Ponte Vedra, FL 32081**

Creditor's mailing address

**Mod Bar Espresso Machine**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Navitas Credit Corp.** | Describe debtor's property that is subject to a lien | **$10,375.00** | **$20,000.00** |
|---|---|---|---|---|

Creditor's Name

**203 Fort Wade Road, Suite 300**
**Ponte Vedra, FL 32081**

Creditor's mailing address

**Eversys Espresso Maching**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

---

Debtor **Coat Check Coffee LLC**

Name

Case number (if known) _____

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>1 | **Neighborhood Self-Employment Initiative** | **Describe debtor's property that is subject to a lien** | $7,073.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **First Security Interest in all business assets - UCC-1** | | |
| | **111 Monument Circle, Suite 1950 Indianapolis, IN 46204** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **4/15/2020** | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>2 | **OnDeck Capital** | **Describe debtor's property that is subject to a lien** | $57,853.75 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Provider - All Assets** | | |
| | **1400 Broadway, 22nd Floor New York, NY 10018** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Merchants Cash Advance** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>3 | **Toast, Inc.** | **Describe debtor's property that is subject to a lien** | $24,087.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Responder LLC and Coat Check Coffee LLC - All Assets** | | |
| | **401 Park Drive, Site 801 Boston, MA 02215** | | | |

---

Debtor    **Coat Check Coffee LLC**                                          Case number (if known) _____
           Name

| Creditor's mailing address | Describe the lien | |
|---|---|---|
| | **Is the creditor an insider or related party?** | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | |

---

| 2.1 4 | **Toast, Inc.** | Describe debtor's property that is subject to a lien | $3,053.71 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Coat Check Coffee LLC - All Assets** | | |
| | **401 Park Drive, Site 801 Boston, MA 02215** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.1 5 | **Toast, Inc.** | Describe debtor's property that is subject to a lien | $75,615.80 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **CCC Baking d/b/a Landlocked Baking - All Assets** | | |
| | **401 Park Drive, Site 801 Boston, MA 02215** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Debtor   **Coat Check Coffee LLC**                          Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Toast, Inc.** | Describe debtor's property that is subject to a lien | $22,791.00 | Unknown |

Creditor's Name

**401 Park Drive, Site 801
Boston, MA 02215**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **U.S. Small Business Administation** | Describe debtor's property that is subject to a lien | $17,627.58 | Unknown |

Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**See attached UCC financing statement (CCC Baking LLC)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8202**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **U.S. Small Business Administation** | Describe debtor's property that is subject to a lien | $69,972.07 | Unknown |

Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**See attached UCC financing statement (Provider)**

Describe the lien

---

Debtor   **Coat Check Coffee LLC**                                        Case number (if known) _____
_____
Name

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an** | Check all that apply |
| **interest in the same property?** | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, | ☐ Disputed |
| including this creditor and its relative | |
| priority. | |

---

| 2.19 | **U.S. Small Business Adminstration** | Describe debtor's property that is subject to a lien | $519,931.41 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **See attached UCC Financing Statement** | | |
| | **2 North Street Birmingham, AL 35203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **6/10/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7909** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an** | Check all that apply | | |
| | **interest in the same property?** | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, | ☐ Disputed | | |
| | including this creditor and its relative | | | |
| | priority. | | | |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $943,520.56

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporate Creations Network Inc. 8520 Allison POinte Blvd., #220 Indianapolis, IN 46250** | Line  **2.14** | |
| **Corporate Creations Network Inc. 8520 Allison POinte Blvd., #220 Indianapolis, IN 46250** | Line  **2.15** | |
| **Corporate Creations Network Inc. 8520 Allison POinte Blvd., #220 Indianapolis, IN 46250** | Line  **2.16** | |

Debtor   **Coat Check Coffee LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **Corporate Creations Newtwork, Inc.**<br>**8520 Allison Pointe Blvd., Suite 220**<br>**Indianapolis, IN 46250** | Line __2.13__ |
| **Corporation SErvice Company**<br>**801 Adlai Stevenson**<br>**Springfield, IL 62702** | Line __2.3__ |
| **CT CORPORATION**<br>**334 North Senate Avenue**<br>**Indianapolis, IN 46204** | Line __2.4__ |
| **CT Corporation System**<br>**334 North Sentate Avenue**<br>**Indianapolis, IN 46204** | Line __2.12__ |
| **CT Corporation System**<br>**334 North Senate Avenue**<br>**Indianapolis, IN 46204** | Line __2.9__ |
| **CT Corporation System**<br>**334 North Senate Avenue**<br>**Indianapolis, IN 46204** | Line __2.10__ |
| **Greenburg, Grant and Richards**<br>**5858 Westheimer Rd.**<br>**Suite 500**<br>**Houston, TX 77057** | Line __2.6__ |
| **Indy Chamber** | Line __2.11__ |
| **WebBank, its successors and assignees**<br>**215 South Bank Street, Suite 1000**<br>**Salt Lake City, UT 84111** | Line __2.16__ |
| **Weltmann, Weinberg, Reis Co. LPA**<br>**PO Box 93596**<br>**Cleveland, OH 44101** | Line __2.7__ |



Indiana Secretary of State

| FILE #: | 202401293153707 |
|---|---|
| DATE FILED: 29 Jan 2024 02:25 PM | |

## UCC FINANCING STATEMENT

### DEBTOR INFORMATION

| ORGANIZATION'S NAME: | Strange Bird LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 128 South Audubon Road | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | Coat Check Coffee LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 328 N Layman Ave | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| INDIVIDUAL'S SURNAME: | Warner | FIRST PERSONAL NAME: | Neal |
|---|---|---|---|
| ADDITIONAL NAME(S)/INITIAL(S): | | SUFFIX: | |
| MAILING ADDRESS: | 325 North Campbell | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| INDIVIDUAL'S SURNAME: | Warner | FIRST PERSONAL NAME: | Paul |
|---|---|---|---|
| ADDITIONAL NAME(S)/INITIAL(S): | | SUFFIX: | |
| MAILING ADDRESS: | 328 North Layman Avenue | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

### SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | Clearview Funding Solutions, LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 576 Broadhollow Rd | | |
| CITY: | Melville | POSTAL CODE: | 11747 |
| STATE: | NY | COUNTRY: | USA |

### COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

FILE #:        202401293153707
DATE FILED: 29 Jan 2024 02:25 PM

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

**FILING TYPE**

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

**ALTERNATIVE DESIGNATION (IF APPLICABLE)**

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

**OPTIONAL FILER REFERENCE DATA**

2747 93817

**MISCELLANEOUS**

# UCC FINANCING STATEMENT

## NAME OF CONTACT AT FILER
CORPORATION SERVICE COMPANY

Indiana Secretary of State
201900006215248
Jul 22 2019  3:26PM

## EMAIL ADDRESS
FILINGDEPT@CSCINFO.COM

## DEBTOR'S EXACT FULL LEGAL NAME

### ORGANIZATION'S NAME
COAT CHECK COFFEE LLC

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 328 N LAYMAN AVE | INDIANAPOLIS | IN | 46219 | USA |

## SECURED PARTY'S NAME

### ORGANIZATION'S NAME
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 801 ADLAI STEVENSON UCCSPREP@CSCINFO.COM | SPRINGFIELD | IL | 62706 | USA |

## ALTERNATIVE DESIGNATION
☑ LESSEE/LESSOR

## THIS FINANCING STATEMENT covers the following collateral:

ALL EQUIPMENT, GENERAL INTANGIBLES AND ALL MODIFICATIONS AND ATTACHMENTS THERETO AND REPLACEMENTS THEREFORE NOW AND HEREAFTER COVERED BY THE EQUIPMENT LEASE AGREEMENT DATED AS OF 07/15/2019 BETWEEN ALLIANCE FUNDING GROUP AS LESSOR AND COAT CHECK COFFEE LLC AS LESSEE AND ALL ADDITIONAL COMMITMENTS RELATED THERETO.



Indiana Secretary of State

| FILE #: | 202009292686512 |
|---|---|
| IFS #: | 20190826004770 |
| DATE FILED: | 29 Sep 2020 01:54 PM |

# UCC FINANCING STATEMENT AMENDMENT

## TERMINATION

INITIAL FINANCING STATEMENT FILE NUMBER: 20190826004770
TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

## NAME OF PARTY AUTHORIZING THIS AMENDMENT

Authorized by Named Secured Party:
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

## OPTIONAL FILER REFERENCE DATA

1995 72593

## MISCELLANEOUS



**Indiana Secretary of State**

| FILE #: | 202312113136593 |
|---|---|
| DATE FILED: 11 Dec 2023 09:28 AM | |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | STRANGE BIRD LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 475 S RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| INDIVIDUAL'S SURNAME: | WARNER | FIRST PERSONAL NAME: | NEAL |
|---|---|---|---|
| ADDITIONAL NAME(S)/INITIAL(S): | | SUFFIX: | |
| MAILING ADDRESS: | 325 CAMPBELL AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| INDIVIDUAL'S SURNAME: | WARNER | FIRST PERSONAL NAME: | PAUL |
|---|---|---|---|
| ADDITIONAL NAME(S)/INITIAL(S): | | SUFFIX: | |
| MAILING ADDRESS: | 401 EAST MICHIGAN STREET | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46204 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 328 N LAYMAN AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | |
|---|---|---|---|
| MAILING ADDRESS: | P.O. BOX 2576 uccsprep@cscinfo.com | | |
| CITY: | SPRINGFIELD | POSTAL CODE: | 62708 |
| STATE: | IL | COUNTRY: | USA |

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY"

FILE #:           202312113136593
DATE FILED: 11 Dec 2023 09:28 AM

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

FILING TYPE

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☑ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

OPTIONAL FILER REFERENCE DATA

2710 28555

MISCELLANEOUS



Indiana Secretary of State

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | PROVIDER COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | PROVIDER COFFEE & COCKTAIL LOUNGE | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | RESPONDER LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CCC BAKING LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | LANDLOCKED BAKING COMPANY | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

FILE #:        202401033144812
DATE FILED: 03 Jan 2024 07:16 PM

ORGANIZATION'S NAME:   STRANGE BIRD LLC
MAILING ADDRESS:       128 S AUDUBON RD

| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

ORGANIZATION'S NAME:   STRANGE BIRD
MAILING ADDRESS:       128 S AUDUBON RD

| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

ORGANIZATION'S NAME:   CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
MAILING ADDRESS:       P.O. BOX 2576, UCCSPREP@CSCINFO.COM

| CITY: | SPRINGFIELD | POSTAL CODE: | 62708 |
| STATE: | IL | COUNTRY: | USA |

## COLLATERAL INFORMATION

### THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Seller; and all Seller's proceeds, as such term is defined by Article 9 of the UCC. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

### FILING TYPE

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

### ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

### OPTIONAL FILER REFERENCE DATA

Optional Filer Reference 2726 64953

### MISCELLANEOUS



Indiana Secretary of State

| FILE #: | 202401033144812 |
| --- | --- |
| DATE FILED: 03 Jan 2024 07:16 PM | |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | PROVIDER COFFEE LLC | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | PROVIDER COFFEE & COCKTAIL LOUNGE | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | RESPONDER LLC | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET COFFEE | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CCC BAKING LLC | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | LANDLOCKED BAKING COMPANY | | |
| --- | --- | --- | --- |
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

FILE #:        202401033144812
DATE FILED: 03 Jan 2024 07:16 PM

ORGANIZATION'S NAME:    STRANGE BIRD LLC
MAILING ADDRESS:        128 S AUDUBON RD

CITY:        INDIANAPOLIS        POSTAL CODE:        46219
STATE:       IN                  COUNTRY:            USA

ORGANIZATION'S NAME:    STRANGE BIRD
MAILING ADDRESS:        128 S AUDUBON RD

CITY:        INDIANAPOLIS        POSTAL CODE:        46219
STATE:       IN                  COUNTRY:            USA

## SECURED PARTY INFORMATION

ORGANIZATION'S NAME:    CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
MAILING ADDRESS:        P.O. BOX 2576, UCCSPREP@CSCINFO.COM

CITY:        SPRINGFIELD         POSTAL CODE:        62708
STATE:       IL                  COUNTRY:            USA

## COLLATERAL INFORMATION

### THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Seller; and all Seller's proceeds, as such term is defined by Article 9 of the UCC. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

## FILING TYPE

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

## ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

## OPTIONAL FILER REFERENCE DATA

Optional Filer Reference 2726 64953

## MISCELLANEOUS



**Indiana Secretary of State**

| | |
|---|---|
| FILE #: | 202004172609442 |
| DATE FILED: | 17 Apr 2020 06:08 PM |

# UCC FINANCING STATEMENT

**DEBTOR INFORMATION**

| | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
| MAILING ADDRESS: | 401 E Michigan St | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | United States |

**SECURED PARTY INFORMATION**

| | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | NEIGHBORHOOD SELF-EMPLOYMENT INITIATIVE, INC. | | |
| MAILING ADDRESS: | 111 Monument Circle, Suite 1950 | | |
| CITY: | Indianapolis | POSTAL CODE: | 46204-5142 |
| STATE: | IN | COUNTRY: | United States |

**COLLATERAL INFORMATION**

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

ALL OF DEBTOR'S INTEREST IN PERSONAL PROPERTY OF EVERY KIND AND NATURE, WHEREVER LOCATED, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, INCLUDING ALL GOODS ( INCLUDING INVENTORY, EQUIPMENT AND ANY ACCESSIONS THERETO), FIXTURES, DOCUMENTS, INSTRUMENTS ( INCLUDING PROMISSORY NOTES), ACCOUNTS (INCLUDING HEALTH CARE INSURANCE RECEIVABLES), SECURITIES AND ALL OTHER INVESTMENT PROPERTY, SUPPORTING OBLIGATIONS, CHATTEL PAPER ( WHETHER TANGIBLE OR ELECTRONIC), COMMERCIAL TORT CLAIMS, DEPOSIT ACCOUNTS, LETTER OF CREDIT RIGHTS (WHETHER OR NOT THE LETTER OF CREDIT IS EVIDENCED BY A WRITING), AND ALL GENERAL INTANGIBLES (INCLUDING, WITHOUT LIMITATION, ALL PAYMENT INTANGIBLES, PATENTS, PATENT APPLICATIONS, TRADEMARKS, TRADEMARK APPLICATIONS, TRADE NAMES, TRADE SECRETS, COPYRIGHTS, COPYRIGHT APPLICATIONS, SOFTWARE, SERVICE MARKS, GOODWILL, LICENSES, PERMITS AND AGREEMENTS OF EVERY KIND UTILIZED BY DEBTOR IN ITS BUSINESS), ALL RECORDS OF ANY KIND RELATING TO THE FOREGOING, TOGETHER WITH ALL CASH PROCEEDS, NON-CASH PROCEEDS AND PRODUCTS THEREOF, ADDITIONS AND ACCESSIONS THERETO, REPLACEMENTS AND SUBSTITUTIONS THEREFORE. THE DEBTOR FURTHER ACKNOWLEDGES AND AGREES THAT THIS FINANCING STATEMENT COVERS, AND IS INTENDED TO COVER, ALL ASSETS OF THE DEBTOR.

FILE #:          202004172609442
DATE FILED: 17 Apr 2020 06:08 PM

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

## FILING TYPE

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

## ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐ LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

## OPTIONAL FILER REFERENCE DATA

RR-COI067

## MISCELLANEOUS



Indiana Secretary of State

| FILE #: | 202006182638490 |
|---|---|
| DATE FILED: 18 Jun 2020 10:57 PM | |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | Coat Check Coffee LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 328 N Layman Ave | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | U.S. Small Business Administration | | |
|---|---|---|---|
| MAILING ADDRESS: | 2 North Street, Suite 320 | | |
| CITY: | Birmingham | POSTAL CODE: | 35203 |
| STATE: | AL | COUNTRY: | USA |

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 161038 7909

FILE #:          202006182638490
DATE FILED: 18 Jun 2020 10:57 PM

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

**FILING TYPE**

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

**ALTERNATIVE DESIGNATION (IF APPLICABLE)**

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

**OPTIONAL FILER REFERENCE DATA**

1873 25853

**MISCELLANEOUS**



Indiana Secretary of State

| FILE #: | 202110122845870 |
|---|---|
| IFS #: | 201600009380201 |
| DATE FILED: 12 Oct 2021 05:14 PM | |

# UCC FINANCING STATEMENT AMENDMENT

## CONTINUATION

INITIAL FINANCING STATEMENT FILE NUMBER: 201600009380201
CONTINUATION Effectiveness of the Financing Statement identified above with respect to the security interest (s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

## NAME OF PARTY AUTHORIZING THIS AMENDMENT

Authorized by Existing Secured Party:

WAYNE BANK & TRUST COMPANY

## OPTIONAL FILER REFERENCE DATA

65752

## MISCELLANEOUS

| FILE #: | 202405073191141 |
|---|---|
| DATE FILED: | 07 May 2024 05:34 PM |

Indiana Secretary of State

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | Coat Check Coffee LLC | | |
| MAILING ADDRESS: | 328 N Layman Ave | | |
| CITY: | Indianapolis | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | United States |

## SECURED PARTY INFORMATION

| | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | WebBank, its successors and assignees | | |
| MAILING ADDRESS: | 215 SOUTH STATE STREET, STE 1000 | | |
| CITY: | Salt Lake City | POSTAL CODE: | 84111 |
| STATE: | UT | COUNTRY: | United States |

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts receivable, other rights of payment of Borrower, and payments made to Borrower, however made, including, but not limited to, payments by cash, check, ACH, wire transfer or other electronic transfer, and Payment Card Receipts, in each case, arising out of the sale of goods and services by Borrower, together with all proceeds, including cash proceeds, of such receivables, rights of payment, and payments, now existing or hereafter created.

| FILE #: | 202405073191141 |
|---|---|
| DATE FILED: 07 May 2024 05:34 PM | |

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

**FILING TYPE**

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

**ALTERNATIVE DESIGNATION (IF APPLICABLE)**

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

**OPTIONAL FILER REFERENCE DATA**

juPDRbPOOk1Kjp60fk

**MISCELLANEOUS**

| FILE #: | 202405013189079 |
|---|---|
| DATE FILED: | 01 May 2024 03:47 PM |

Indiana Secretary of State

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

ORGANIZATION'S NAME:   Coat Check Coffee LLC
MAILING ADDRESS:    328 N Layman Ave

| CITY: | Indianapolis | POSTAL CODE: | 46219 |
|---|---|---|---|
| STATE: | IN | COUNTRY: | United States |

## SECURED PARTY INFORMATION

ORGANIZATION'S NAME:   WebBank, its successors and assignees
MAILING ADDRESS:    215 SOUTH STATE STREET, STE 1000

| CITY: | Salt Lake City | POSTAL CODE: | 84111 |
|---|---|---|---|
| STATE: | UT | COUNTRY: | United States |

## COLLATERAL INFORMATION

### THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts receivable, other rights of payment of Borrower, and payments made to Borrower, however made, including, but not limited to, payments by cash, check, ACH, wire transfer or other electronic transfer, and Payment Card Receipts, in each case, arising out of the sale of goods and services by Borrower, together with all proceeds, including cash proceeds, of such receivables, rights of payment, and payments, now existing or hereafter created.

FILE #:         202405013189079
DATE FILED: 01 May 2024 03:47 PM

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

**FILING TYPE**

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

**ALTERNATIVE DESIGNATION (IF APPLICABLE)**

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

**OPTIONAL FILER REFERENCE DATA**

FNTr4sfpL1GVEK0Cld

**MISCELLANEOUS**



**Indiana Secretary of State**

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: 03 Jan 2024 07:16 PM | |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | PROVIDER COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | PROVIDER COFFEE & COCKTAIL LOUNGE | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | RESPONDER LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CCC BAKING LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | LANDLOCKED BAKING COMPANY | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

| ORGANIZATION'S NAME: | STRANGE BIRD LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 128 S AUDUBON RD | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |
| ORGANIZATION'S NAME: | STRANGE BIRD | | |
| MAILING ADDRESS: | 128 S AUDUBON RD | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

### SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | |
|---|---|---|---|
| MAILING ADDRESS: | P.O. BOX 2576, UCCSPREP@CSCINFO.COM | | |
| CITY: | SPRINGFIELD | POSTAL CODE: | 62708 |
| STATE: | IL | COUNTRY: | USA |

### COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Seller; and all Seller's proceeds, as such term is defined by Article 9 of the UCC. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

FILING TYPE

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

OPTIONAL FILER REFERENCE DATA

Optional Filer Reference 2726 64953

MISCELLANEOUS



Indiana Secretary of State

| FILE #: | 202009112678766 |
|---|---|
| DATE FILED: | 11 Sep 2020 10:12 AM |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | Provider Coffee LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16th St. | | |
| CITY: | Indianapolis | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | U.S. Small Business Administration | | |
|---|---|---|---|
| MAILING ADDRESS: | 2 North Street, Suite 320 | | |
| CITY: | Birmingham | POSTAL CODE: | 35203 |
| STATE: | AL | COUNTRY: | USA |

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 778769 8210

FILE #:        202009112678766
DATE FILED: 11 Sep 2020 10:12 AM

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

FILING TYPE

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

OPTIONAL FILER REFERENCE DATA

1985 65233

MISCELLANEOUS



| FILE #: | 202311143128054 |
|---|---|
| IFS #: | 202306153077487 |
| DATE FILED: | 14 Nov 2023 01:07 PM |

# UCC FINANCING STATEMENT AMENDMENT

## PARTY INFORMATION CHANGE

INITIAL FINANCING STATEMENT FILE NUMBER: 202306153077487
Type of Change: Secured Party Change

This change affects the name and/or address of the Secured Party of record.

## CURRENT RECORD INFORMATION

ORGANIZATION'S NAME:   WebBank
MAILING ADDRESS:      215 South State Street, Suite 1000

| CITY: | Salt Lake City | POSTAL CODE: | 84111 |
|---|---|---|---|
| STATE: | UT | COUNTRY: | United States |

## CHANGED or ADDED INFORMATION

ORGANIZATION'S NAME:   WebBank, its successors and assignees
MAILING ADDRESS:      215 South State Street, Suite 1000

| CITY: | Salt Lake City | POSTAL CODE: | 84111 |
|---|---|---|---|
| STATE: | UT | COUNTRY: | United States |

## NAME OF PARTY AUTHORIZING THIS AMENDMENT

Authorized by Existing Secured Party:

WebBank

## OPTIONAL FILER REFERENCE DATA

82d5db15-1a84-40a8-9544-268f1accdb7b

## MISCELLANEOUS



Indiana Secretary of State

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | PROVIDER COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | PROVIDER COFFEE & COCKTAIL LOUNGE | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | RESPONDER LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CCC BAKING LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | LANDLOCKED BAKING COMPANY | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

FILE #:          202401033144812
DATE FILED: 03 Jan 2024 07:16 PM

| ORGANIZATION'S NAME: | STRANGE BIRD LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 128 S AUDUBON RD | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |
| ORGANIZATION'S NAME: | STRANGE BIRD | | |
| MAILING ADDRESS: | 128 S AUDUBON RD | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | |
|---|---|---|---|
| MAILING ADDRESS: | P.O. BOX 2576, UCCSPREP@CSCINFO.COM | | |
| CITY: | SPRINGFIELD | POSTAL CODE: | 62708 |
| STATE: | IL | COUNTRY: | USA |

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Seller; and all Seller's proceeds, as such term is defined by Article 9 of the UCC. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: 03 Jan 2024 07:16 PM | |

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

**FILING TYPE**

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

**ALTERNATIVE DESIGNATION (IF APPLICABLE)**

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

**OPTIONAL FILER REFERENCE DATA**

Optional Filer Reference 2726 64953

**MISCELLANEOUS**



Indiana Secretary of State

| FILE #: | 202401033144812 |
|---|---|
| DATE FILED: | 03 Jan 2024 07:16 PM |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | PROVIDER COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | PROVIDER COFFEE & COCKTAIL LOUNGE | | |
|---|---|---|---|
| MAILING ADDRESS: | 1101 E 16TH ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46202 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | RESPONDER LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CHALET COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 5555 N ILLINOIS ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46208 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | COAT CHECK COFFEE | | |
|---|---|---|---|
| MAILING ADDRESS: | 915 N RITTER AVE | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | CCC BAKING LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

| ORGANIZATION'S NAME: | LANDLOCKED BAKING COMPANY | | |
|---|---|---|---|
| MAILING ADDRESS: | 5524 E MICHIGAN ST | | |
| CITY: | INDIANAPOLIS | POSTAL CODE: | 46219 |
| STATE: | IN | COUNTRY: | USA |

FILE #:         202401033144812
DATE FILED: 03 Jan 2024 07:16 PM

ORGANIZATION'S NAME:   STRANGE BIRD LLC
MAILING ADDRESS:        128 S AUDUBON RD

CITY:                   INDIANAPOLIS        POSTAL CODE:        46219
STATE:                  IN                  COUNTRY:            USA

ORGANIZATION'S NAME:   STRANGE BIRD
MAILING ADDRESS:        128 S AUDUBON RD

CITY:                   INDIANAPOLIS        POSTAL CODE:        46219
STATE:                  IN                  COUNTRY:            USA

## SECURED PARTY INFORMATION

ORGANIZATION'S NAME:   CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
MAILING ADDRESS:        P.O. BOX 2576, UCCSPREP@CSCINFO.COM

CITY:                   SPRINGFIELD         POSTAL CODE:        62708
STATE:                  IL                  COUNTRY:            USA

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Seller; and all Seller's proceeds, as such term is defined by Article 9 of the UCC. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

FILE #:        202401033144812
DATE FILED: 03 Jan 2024 07:16 PM

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

FILING TYPE

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

OPTIONAL FILER REFERENCE DATA

Optional Filer Reference 2726 64953

MISCELLANEOUS

**Fill in this information to identify the case:**

Debtor name  **Coat Check Coffee LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 North Senate Avenue N-240**<br>**MS 108**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,024.40** | **$28,024.40** |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Sales Tax- Landlocked** |  |  |
| Last 4 digits of account number **3651**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 North Senate Avenue N-240**<br>**MS 108**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,661.55** | **$40,661.55** |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Sales Tax- CCC Cafe LLC** |  |  |
| Last 4 digits of account number **3651**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Debtor **Coat Check Coffee LLC**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.3 | Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 North Senate Avenue N-240**<br>**MS 108**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,083.52 | $17,083.52 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Sales Tax- Responder** | | |
| | Last 4 digits of account number **3651**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 North Senate Avenue N-240**<br>**MS 108**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,091.11 | $31,091.11 |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Sales Tax- Provider** | | |
| | Last 4 digits of account number **3651**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 North Senate Avenue N-240**<br>**MS 108**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,000.00 | $11,000.00 |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Possible withholding tax obligations** | | |
| | Last 4 digits of account number **3651**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 North Senate Avenue N-240**<br>**MS 108**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Coat Check Coffee, LLC - late file penalty** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Coat Check Coffee LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**575 N. Pennsylvania Street**<br>**Stop SB380**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,601.84** | **$4,601.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Coat Check Coffee, LLC - late file penalty** | | |
| | Last 4 digits of account number **3651**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**575 N. Pennsylvania Street**<br>**Stop SB380**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,000.00** | **$11,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Possible withholding tax obligations** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AADCO Alarms**<br>**115 N 2nd Ave.**<br>**PO Box 401**<br>**Beech Grove, IN 46107** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$700.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Landlocked Baking<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AES Indiana**<br>**1 Monument Circle**<br>**Indianapolis, IN 46204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,504.26** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Electric bll for all accounts on Audubon<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ALSCO**<br>**711 E Vermont St.**<br>**Indianapolis, IN 46202** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Uniforms - Cafe<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Coat Check Coffee LLC**
      Name
                                                     Case number (if known) _____

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$507.30**

**Alsco Inc. /Alsco Uniforms**
**711 East Vermont**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4735**

Basis for the claim: **Coat Check Coffee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,274.53**

**Alsco Inc./Alsco Uniforms**
**711 East Vermont**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4978**

Basis for the claim: **Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,594.11**

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **credit card purchases (Lowes Business reward card))**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,008.00**

**Anthony Najem**
**7501 N. Illinois St.**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lease Termination Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.98**

**AT&T**
**208 S. Akard Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7894**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.87**

**AT&T**
**208 S. Akard Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8625**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380,000.00**

**Audreyalice Warner**
**328 N. Layman Avenue**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **personal loan - insider**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Coat Check Coffee LLC**
_____    Case number (if known) _____
          Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Auto-Chlor**
**6040 W 79th St.**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Provider - Dishwasher lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Auto-Chlor**
**6040 W 79th St.**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Chalet Dishwasher Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Auto-Chlor**
**6040 W 79th St.**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CCC Dishwasher Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Becker Farms**
**7392 N. Wilbur Wright Rd.**
**Mooreland, IN 47360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CCC Baking - Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**BlueCart, Inc.**
**4970 Grazing Hill Road**
**Shingle Springs, CA 95682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Online Billing Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.38 |
|---|---|---|---|

**BMI**
**10 Music Square East**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Provider__

Last 4 digits of account number  5822

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,781.75 |
|---|---|---|---|

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __credit card purchases (Small Victories card)__

Last 4 digits of account number  6294

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Coat Check Coffee LLC**                          Case number *(if known)* _____
    Name

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,562.12**

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **4093**

Basis for the claim:  **credit card purchases (Becker Farms and Cintas); CCC Irvington**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,639.41**

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0083**

Basis for the claim:  **bakery credit card**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,591.15**

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3602**

Basis for the claim:  **CCC Roasting LLC;**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,157.73**

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4176**

Basis for the claim:  **credit card; Coat Check Coffe - cafe card**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,590.86**

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8761**

Basis for the claim:  **Provider credit card**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,700.95**

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8485**

Basis for the claim:  **CCC credit card**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,364.51**

**Chef's Warehouse Midwest, LLC**
**100 East Ridge Road**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **CCC Baking d/b/a Landlocked Baking**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Coat Check Coffee LLC**                                    Case number *(if known)* _____
_____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,326.00 |

**Chef's Warehouse Midwest, LLC**
**100 East Ridge Road**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.47 |

**Chef's Warehouse Midwest, LLC**
**100 East Ridge Road**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Coat Check Coffee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $632.07 |

**Chef's Warehouse Midwest, LLC**
**100 East Ridge Road**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Chalet__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.35 |

**Cintas**
**6800 Cintas Blvd.**
**PO Box 625737**
**Cincinnati, OH 45262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CCC Baking LLC d/b/a Landlocked Baking__

Last 4 digits of account number __1831__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Cintas**
**6800 Cintas Blvd.**
**PO Box 625737**
**Cincinnati, OH 45262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Chalet__

Last 4 digits of account number __6187__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.62 |

**Citizens Energy Group**
**2020 North Meridian St**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CCC and SVH utilies__

Last 4 digits of account number __0000__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,132.47 |

**Credit Key**
**145 S. Fairfax Avenue, Suite 200**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SVH credit card__

Last 4 digits of account number __2355__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Coat Check Coffee LLC**                                          Case number (if known) _____
                Name

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,747.35** |
|---|---|---|---|

**De La Finca Coffee Company LLC**
**108 Thomas Mill Rd. Suite 100**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CCC Roasting LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Fire Inspection**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Chalet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,462.57** |
|---|---|---|---|

**FNBO**
**PO Box 3128**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6774**

Basis for the claim:  **Credit Card - CCC webstraunt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Gurney J. Bush Inc.**
**PO Box 21398**
**Indianapolis, IN 46221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Landlocked Baking**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,930.39** |
|---|---|---|---|

**James D. and Sharon Howell**
**11928 Dalton Road**
**Losantville, IN 47354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Personal loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,500.00** |
|---|---|---|---|

**Jim and Melinda Robbins**
**1451 South Longview St.**
**Beavercreek, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **personal loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.60** |
|---|---|---|---|

**Liberty Mutual**
**PO Box 188025**
**Fairfield, OH 45018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CCC Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Coat Check Coffee LLC**            Case number *(if known)* _____
<br>Name

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.66** |
|---|---|---|---|

**Liberty Mutual**
**PO Box 188025**
**Fairfield, OH 45018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CCC Baking LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,350.95** |
|---|---|---|---|

**Liberty Mutual**
**PO Box 188025**
**Fairfield, OH 45018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Coat Check Coffee LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$824.24** |
|---|---|---|---|

**Liberty Mutual**
**PO Box 188025**
**Fairfield, OH 45018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Responder LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$788.00** |
|---|---|---|---|

**Liberty Mutual**
**PO Box 188025**
**Fairfield, OH 45018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CCC Roasting LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.41** |
|---|---|---|---|

**Marion County Treasurer**
**200 East Washington St. Suite 1001**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CCC LLC - Assessed BPPT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,953.52** |
|---|---|---|---|

**MKR CPAs and Advisors, LLC**
**9957 Crosspoint Blvd.**
**Suite 100**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Coat Check Coffee, Provider and Small Victories**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,940.93** |
|---|---|---|---|

**Navitas Credit Corp.**
**203 Fort Wade Road, Suite 300**
**Ponte Vedra, FL 32081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease arrearage - Espresso - Mod Bar**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Coat Check Coffee LLC**                                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** |

**3.46** **Nonpriority creditor's name and mailing address**
**Navitas Credit Corp.**
**203 Fort Wade Road, Suite 300**
**Ponte Vedra, FL 32081**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,200.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease arrearage - Espresso - Eversys**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Nelson Alarms**
**2602 East 55th St.**
**Indianapolis, IN 46220**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**New Lane Finance**
**123 South Broad St. 17th Floor**
**Philadelphia, PA 19109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,204.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arrears for lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
**Nextiva, Inc.**
**PO Box 207330**
**Dallas, TX 75320**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1051**

As of the petition filing date, the claim is: *Check all that apply.*    **$279.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Small Victories**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
**North Star Leasing**
**747 Pine St. #201**
**Burlington, VT 05401**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  3651**

As of the petition filing date, the claim is: *Check all that apply.*    **$13,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Machine Rental - Brewing Equipment - Spike Nano**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**North Star Leasing**
**747 Pine St. #201**
**Burlington, VT 05401**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  3651**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,832.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Machine Rental - Brewing Equipment - Noodle Maker**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**North Star Leasing**
**747 Pine St. #201**
**Burlington, VT 05401**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Machine Rental - Proofer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Coat Check Coffee LLC**  Case number (*if known*) _____
         Name

| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Piazza Produce**<br>**5941 West 82nd St.**<br>**Indianapolis, IN 46278**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Produce - Cafe**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,617.35** |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Piazza Produce**<br>**5941 West 82nd St.**<br>**Indianapolis, IN 46278**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Produce - Provider**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$452.27** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Quench USA,Inc.**<br>**630 Allendale Rd. Suite 200**<br>**King of Prussia, PA 19406**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  4988** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Water Cooler System**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,946.84** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Quickbooks**<br>**2700 Coast Avenue**<br>**Mountain View, CA 94043**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Ritter Management Group LLC**<br>**471 S. Ritter Avenue**<br>**Indianapolis, IN 46219**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **3 months lease arrearage**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,700.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Robert Warner**<br>**6546 Baker Rd.**<br>**Hagerstown, IN 47346**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **personal loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$279,000.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Sesac**<br>**35 Music Square East**<br>**Nashville, TN 37203**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  9411** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.88** |

Debtor   **Coat Check Coffee LLC**                                                   Case number *(if known)* _____
         Name

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.11 |

**Spectrum**
**240 N. Delaware St.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2224**

**Basis for the claim:**  Utility Arrearage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.89 |

**Spectrum**
**240 N. Delaware St.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0030**

**Basis for the claim:**  CCC LLC - Utility Arrearage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |

**Third Street Ventures, LLC**
**6630 E. 75th Street, Suite 214**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.08 |

**Waste Management**
**200 S Harding St.**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Chalet - Utility Arrearage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $613.57 |

**Waste Management**
**200 S Harding St.**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Small Victories LLC - Utility Arrearage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,634.65 |

**What Chef's Want**
**940 West 5th St.**
**Cincinnati, OH 45203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  CCC Baking LLC d/b/a Landlocked Baking

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,823.24 |

**What Chef's Want**
**940 West 5th St.**
**Cincinnati, OH 45203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Coat Check Coffee LLC**                                          Case number *(if known)* _____
_____
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134.31** |

**What Chef's Want**
940 West 5th St.
Cincinnati, OH 45203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chalet**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>12005 Ford Rd. Suite 300<br>Dallas, TX 75234 | Line  **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ConServe**<br>200 CrossKeys Office Park<br>Fairport, NY 14450 | Line  **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Corporation Service Company**<br>PO Box 2576<br>Springfield, IL 62708 | Line  **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Corporation Service Company**<br>PO Box 2576<br>Springfield, IL 62708 | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Corporation Service Company**<br>PO Box 2576<br>Springfield, IL 62708 | Line  **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Corporation Service Company**<br>PO Box 2576<br>Springfield, IL 62708 | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **CT Corporation System**<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203 | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **CT Corporation System**<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203 | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **FNBO**<br>1601 Capital Avenue<br>Omaha, NE 68102 | Line  **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Leviton Law Firm LDT**<br>One Pierce Place Suite 725W<br>Itasca, IL 60143 | Line  **3.65**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Coat Check Coffee LLC**

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.11 **Linebarger Groan Blair & Sampson LLP**<br>**PO Box 44008**<br>**Indianapolis, IN 46244** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **Northwest Registered Agent LLC**<br>**5534 Saint Joe Road**<br>**Fort Wayne, IN 46835** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **RMS**<br>**PO Box 500**<br>**Fogelsville, PA 18051** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Sequin Asset Solutions LLC**<br>**1130 Northchase Pkwy. Suite 150**<br>**Marietta, GA 30067** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **United Collections Bureau**<br>**200 Patrol Rd. Suite 200**<br>**Jeffersonville, IN 47130** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 144,962.42 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,068,160.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,213,123.24 |

**Fill in this information to identify the case:**

Debtor name    **Coat Check Coffee LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Opened Provider - Dishwasher lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto-Chlor**<br>**6040 W 79th St.**<br>**Indianapolis, IN 46278** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Opened Chalet - Dishwasher lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto-Chlor**<br>**6040 W 79th St.**<br>**Indianapolis, IN 46278** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>**CCC dishwasher lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto-Chlor**<br>**6040 W 79th St.**<br>**Indianapolis, IN 46278** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Equipment Rental - Lease for Espresso Machine Mod Bar**<br><br>State the term remaining    **3 months**<br><br>List the contract number of any government contract | **Navitas Credit Corp.**<br>**203 Fort Wade Road, Suite 300**<br>**Ponte Vedra, FL 32081** |

Debtor 1   **Coat Check Coffee LLC**
_____
First Name   Middle Name   Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment rental - Eversys Espresso Machine** |
| State the term remaining | **10 months** |
| List the contract number of any government contract | **Navitas Credit Corp.**<br>**203 Fort Wade Road, Suite 300**<br>**Ponte Vedra, FL 32081** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **44 months** |
| List the contract number of any government contract | **New Lane Finance**<br>**123 South Broad St. 17th Floor**<br>**Philadelphia, PA 19109** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - Proofer - CCC Baking LLC** |
| State the term remaining | **18  months** |
| List the contract number of any government contract | **North Star Leasing**<br>**747 Pine St. #201**<br>**Burlington, VT 05401** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Opened 2023 Machine Rental - Noodle Maker** |
| State the term remaining | **18 months** |
| List the contract number of any government contract | **North Star Leasing**<br>**747 Pine St. #201**<br>**Burlington, VT 05401** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Brewing Equipment - CCC Baking** |
| State the term remaining | **20 months** |
| List the contract number of any government contract | **North Star Leasing**<br>**747 Pine St. #201**<br>**Burlington, VT 05401** |

Debtor 1  **Coat Check Coffee LLC**

First Name          Middle Name          Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Leased premises: 120 South Audubon Road, Indianapolis, Indiana; 5 year lease begining June 1, 2020; base rent $120,000.00 per year. CCC** | |
| State the term remaining | **12 months** | |
| List the contract number of any government contract | | **Pillow Rock Property, LLC 8421 East 450 Carthage, IN 46115** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 479 S. Ritter Avenue to be used for the only the following - office use, file storage, internal company staff meetings, equipment storage, tool storage, maintenance and repair of restaurant equipment and fixtures, coffee roasting.  Lease dated September 15, 2021 to September 15, 2024. Base rent is $1,900.00.** | |
| State the term remaining | **3 month** | |
| List the contract number of any government contract | | **Ritter Management Group LLC 471 S. Ritter Avenue Indianapolis, IN 46219** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Lease expires December 31, 2026; rent is $1,400.00 per month.** | |
| State the term remaining | | **The Athenaeum Foundation, Inc. Craig Mince, President 401 E. Michigan Street Indianapolis, IN 46204** |
| List the contract number of any government contract | | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement for Coat Check Coffee establishment** | |
| State the term remaining | **1 month** | |
| List the contract number of any government contract | | **The Athenaeum Foundation, Inc. 401 E. Michigan Street Indianapolis, IN 46204** |

Debtor 1   **Coat Check Coffee LLC**

     First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Management agreement for operation of Provider establishment.**<br>**1 month**<br><br><br>**Tinker T.A.B. L.L.C.**<br>**1101 East 16th Floor 2**<br>**Indianapolis, IN 46202** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **1101 East 16th Street; September 1, 2023 through August 31, 2028; Monthly rent $2,437.39. Tinker TWG, LLC, as successor in interest to Hotel Alpha Tango, LLC (lease dated September 12, 2017)**<br>**51 months**<br><br>**Tinker TWG, LLC**<br>**10 S. New New Jersey, Suite 310**<br>**Indianapolis, IN 46204** |

**Fill in this information to identify the case:**

Debtor name    **Coat Check Coffee LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Neal Warner** | **325 Campbell Avenue Indianapolis, IN 46219 Unlimited personal guaranty** | **Neighborhood Self-Employment Initiative** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Neal Warner** | **325 Campbell Avenue Indianapolis, IN 46219** | **James D. and Sharon Howell** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.3 | **Paul Warner** | **328 N. Layman Avenue Indianapolis, IN 46219 Personal Guarantor** | **Intuit Financing Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Paul Warner** | **328 N. Layman Avenue Indianapolis, IN 46219 Unlimited personal guaranty** | **Neighborhood Self-Employment Initiative** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Paul Warner** | **328 N. Layman Avenue Indianapolis, IN 46219** | **James D. and Sharon Howell** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |

Debtor   **Coat Check Coffee LLC**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.6   **Paul Warner**   **328 N. Layman Avenue**
**Indianapolis, IN 46219**

**Athenaeum Foundation, Inc.**

☐ D _____
☐ E/F _____
■ G ___**2.12**___

2.7   **Paul Warner**   **328 N. Layman Avenue**
**Indianapolis, IN 46219**

**Pillow Rock Property, LLC**

☐ D _____
☐ E/F _____
■ G ___**2.10**___

**Fill in this information to identify the case:**

Debtor name    **Coat Check Coffee LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$-128,567.82** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$-196,623.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **SEE ATTACHED** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Coat Check Coffee LLC**                                    Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

---

Debtor   **Coat Check Coffee LLC**                                   Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Kroger, Gardis & Regas, LLP**<br>**111 Monument Circle**<br>**Suite 900**<br>**Indianapolis, IN 46204** | **Attorney Fees** | | **$35,000.00** |

Email or website address
**jmizzell@kgrlaw.com**

Who made the payment, if not debtor?
**See Application to Employ**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Carmax**<br>**9750 Gray Rd.**<br>**Indianapolis, IN 46280** | **Dodge Promaster City** | **9/2023** | **$6,500.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2. | **Third Party Buyer** | **Dodge Sprinter** | **1/2024** | **$2,000.00** |
| | Relationship to debtor<br>**N/A** | | | |

Debtor   **Coat Check Coffee LLC**                                    Case number *(if known)*

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase Bank PO Box 182051 Columbus, OH 43218** | **XXXX-2687** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | | **$0.00** |
| 18.2. | **JPMorgan Chase Bank PO Box 182051 Columbus, OH 43218** | **XXXX-7665** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | | **$0.00** |

Debtor   **Coat Check Coffee LLC**                                      Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-8930** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **$0.00** |
| 18.4. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-2991** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **$0.00** |
| 18.5. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-0999** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **$0.00** |
| 18.6. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-1523** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **July 2023** | **$0.00** |
| 18.7. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-0658** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Jul 2023** | **$0.00** |
| 18.8. | **JPMorgan Chase Bank** PO Box 182015 Columbus, OH 43218 | **XXXX-0936** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **July 2023** | **$0.00** |
| 18.9. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-6260** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **November 2023** | **$0.00** |
| 18.10. | **JPMorgan Chase Bank** PO Box 182051 Columbus, OH 43218 | **XXXX-7032** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **May 2024** | **$0.00** |

Debtor   **Coat Check Coffee LLC**                                      Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.11. | **Huntington Bank**<br>**45 N. Pennsylvania St.**<br>**Indianapolis, IN 46204** | **XXXX-0267** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Ritter Management Group LLC**<br>**471 S. Ritter Avenue**<br>**Indianapolis, IN 46219** | **Neal Warner**<br>**325 Campbell Avenue**<br>**Indianapolis, IN 46219**<br><br>**Paul Warner**<br>**328 N. Layman Avenue**<br>**Indianapolis,  Indiana 46219** | **Office use, file storgage, internal staff meetings, equipment storage, tool storage, maintenance and repair of restaurant equipment and fixtures, roasting coffee.** | ■ No<br>☐ Yes |
| **Storage of America**<br>**7339 East Washington St.**<br>**Indianapolis, IN 46219** | **Neal Warner**<br>**325 Campbell Avenue**<br>**Indianapolis, IN 46219**<br><br>**Paul Warner**<br>**328 N. Layman Avenue**<br>**Indianapolis, IN 46219** | **Office use, file storgage, internal staff meetings, equipment storage, tool storage, maintenance and repair of restaurant equipment and fixtures, roasting coffee. - Multiple Units** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Coat Check Coffee LLC**                                    Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **CCC Baking LLC d/b/a Landlocked Baking** | | EIN:    84-3445702<br><br>From-To |
| 25.2.  **Responder LLC** | | EIN:    84-3473831<br><br>From-To |
| 25.3.  **Provider Coffee LLC** | | EIN:    84-4286146<br><br>From-To |
| 25.4.  **Small Victories Hospitality LLC** | | EIN:    85-4102355<br><br>From-To |
| 25.5.  **CCC Builders LLC** | | EIN:    84-3498571<br><br>From-To |

Debtor   **Coat Check Coffee LLC**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.6. **CCC Cafe LLC** | | EIN: **84-3498676**<br><br>From-To |
| 25.7. **CCC Irvington LLC** | | EIN: **84-3535196**<br><br>From-To |
| 25.8. **CCC Park West** | | EIN: **84-3535359**<br><br>From-To |
| 25.9. **CCC Roasting LLC** | | EIN: **84-3446122**<br><br>From-To |
| 25.10. **Strange Bird LLC** | | EIN: **84-3473651**<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **MKR CPAs and Advisors, LLC**<br>**9957 Crosspoint Blvd.**<br>**Suite 100**<br>**Indianapolis, IN 46256** | **2022-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Brian Willsey** | **Finance Manager** |
| 26c.2. **Decimal.com** | **Bookkeeping service** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Coat Check Coffee LLC**                                          Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Neal Warner | 325 Campbell Avenue Indianapolis, IN 46219 | Co-Owner | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Warner | 328 N. Layman Ave. Indianapolis, IN 46219 | Co-Owner | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Neal Warner** 325 Campbell Avenue Indianapolis, IN 46219 | Compensation | | |
| | Relationship to debtor **Co-owner** | | | |
| 30.2. | **Paul Warner** 328 N. Layman Avenue Indianapolis, IN 46219 | $24,200.00; Compensation for past 12 months | | |
| | Relationship to debtor **Co-owner** | | | |
| 30.3. | **Jim and Melinda Robbins** 1451 South Longview St. Beavercreek, OH 45432 | $1500 loan payment | | |
| | Relationship to debtor **Aunt and Uncle** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **Coat Check Coffee LLC**                          Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**August 28, 2024**__

__**/s/ Neal Warner**__                          __**Neal Warner**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __**Co-Owner**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Coat Check Coffee LLC** _____    Case No. _____
                                        Debtor(s)                    Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................    $ _____**0.00**

    Prior to the filing of this statement I have received ...........................    $ _____**0.00**

    Balance Due ...............................................................................    $ _____**0.00**

2.  $___**0.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):    **See Application to Employ**

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Filing of lien avoidance and redemption motions; communications with clients, trustee and creditors; review and
        advise as to reaffirmation agreements.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Discharge litigations; 707 and 523 actions; exemption issues including, but not limited to, contested motions for
    the turnover by the trustee; contested lien avoidence motions; contested adversary proceedings for the purpose
    of stripping liens; contested motions to redeem; attendance at any reaffirmation hearings, if neccessary; and
    representation in any foreclosure action, collection suit, or non-bankruptcy matter.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 28, 2024** _____        **/s/ Jason T. Mizzell** _____
*Date*                                              **Jason T. Mizzell 30038-53**
                                                    *Signature of Attorney*
                                                    **Kroger, Gardis & Regas, LLP**
                                                    **111 Monument Circle**
                                                    **Suite 900**
                                                    **Indianapolis, IN 46204**
                                                    **317-692-9000  Fax: 317-264-6832**
                                                    **jmizzell@kgrlaw.com** _____
                                                    *Name of law firm*

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Coat Check Coffee LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neal Warner<br>5524 E. Michigan Street<br>Indianapolis, IN 46219** | | | **50%** |
| **Paul Warner<br>328 N. Layman Avenue<br>Indianapolis, IN 46219** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Co-Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 28, 2024**

Signature   **/s/ Neal Warner**

**Neal Warner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                              )       Case No. _____
**Coat Check Coffee LLC**                           )
                                                    )       ☐ Check if this form is submitted with an amended creditor
_____                   )       list.
                              Debtor(s).  )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   **August 28, 2024**                          **/s/ Neal Warner**
_____                    _____
                                                     **Neal Warner**
                                                     Signature of Debtor


                                                     _____
                                                     Signature of Joint Debtor


**(Note: Certificate of Service not required.)**

AADCO ALARMS
115 N 2ND AVE.
PO BOX 401
BEECH GROVE, IN 46107


AES INDIANA
1 MONUMENT CIRCLE
INDIANAPOLIS, IN 46204


ALLIANCE FUNDING
17542 17TH ST. SUITE 200
TUSTIN, CA 92780


ALSCO
711 E VERMONT ST.
INDIANAPOLIS, IN 46202


ALSCO INC. /ALSCO UNIFORMS
711 EAST VERMONT
INDIANAPOLIS, IN 46202


ALSCO INC./ALSCO UNIFORMS
711 EAST VERMONT
INDIANAPOLIS, IN 46202


AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM, IL 60197

ANTHONY NAJEM
7501 N. ILLINOIS ST.
INDIANAPOLIS, IN 46260


AT&T
208 S. AKARD STREET
DALLAS, TX 75202


AT&T
208 S. AKARD STREET
DALLAS, TX 75202


AUDREYALICE WARNER
328 N. LAYMAN AVENUE
INDIANAPOLIS, IN 46219


AUTO-CHLOR
6040 W 79TH ST.
INDIANAPOLIS, IN 46278


AUTO-CHLOR
6040 W 79TH ST.
INDIANAPOLIS, IN 46278


AUTO-CHLOR
6040 W 79TH ST.
INDIANAPOLIS, IN 46278

```
AUTO-CHLOR
6040 W 79TH ST.
INDIANAPOLIS, IN 46278




AUTO-CHLOR
6040 W 79TH ST.
INDIANAPOLIS, IN 46278




AUTO-CHLOR
6040 W 79TH ST.
INDIANAPOLIS, IN 46278




BECKER FARMS
7392 N. WILBUR WRIGHT RD.
MOORELAND, IN 47360




BLUECART, INC.
4970 GRAZING HILL ROAD
SHINGLE SPRINGS, CA 95682




BMI
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203




CAINE & WEINER
12005 FORD RD. SUITE 300
DALLAS, TX 75234
```

```
CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130
```

```
CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197
```

```
CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197
```

```
CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197
```

```
CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197
```

```
CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197
```

```
CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197
```

CHEF'S WAREHOUSE MIDWEST, LLC
100 EAST RIDGE ROAD
RIDGEFIELD, CT 06877

CHEF'S WAREHOUSE MIDWEST, LLC
100 EAST RIDGE ROAD
RIDGEFIELD, CT 06877

CHEF'S WAREHOUSE MIDWEST, LLC
100 EAST RIDGE ROAD
RIDGEFIELD, CT 06877

CHEF'S WAREHOUSE MIDWEST, LLC
100 EAST RIDGE ROAD
RIDGEFIELD, CT 06877

CINTAS
6800 CINTAS BLVD.
PO BOX 625737
CINCINNATI, OH 45262

CINTAS
6800 CINTAS BLVD.
PO BOX 625737
CINCINNATI, OH 45262

CITIZENS ENERGY GROUP
2020 NORTH MERIDIAN ST
INDIANAPOLIS, IN 46202

```
CLOUD FUND/DELTA FUNDING
400 RELLA BLVD. SUITE 165-101
SUFFERN, NY 10901




CONSERVE
200 CROSSKEYS OFFICE PARK
FAIRPORT, NY 14450




CORPORATE CREATIONS NETWORK INC.
8520 ALLISON POINTE BLVD., #220
INDIANAPOLIS, IN 46250




CORPORATE CREATIONS NETWORK INC.
8520 ALLISON POINTE BLVD., #220
INDIANAPOLIS, IN 46250




CORPORATE CREATIONS NETWORK INC.
8520 ALLISON POINTE BLVD., #220
INDIANAPOLIS, IN 46250




CORPORATE CREATIONS NEWTWORK, INC.
8520 ALLISON POINTE BLVD., SUITE 220
INDIANAPOLIS, IN 46250




CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708
```

```
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON
SPRINGFIELD, IL 62702




CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708




CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708




CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708




CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708




CREDIT KEY
145 S. FAIRFAX AVENUE, SUITE 200
LOS ANGELES, CA 90036




CT CORPORATION
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204
```

```
CT CORPORATION SYSTEM
334 NORTH SENTATE AVENUE
INDIANAPOLIS, IN 46204




CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204




CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204




CT CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203




CT CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203




DE LA FINCA COFFEE COMPANY LLC
108 THOMAS MILL RD. SUITE 100
HOLLY SPRINGS, NC 27540




FIRE INSPECTION
```

```
FNBO
PO BOX 3128
OMAHA, NE 68103




FNBO
1601 CAPITAL AVENUE
OMAHA, NE 68102




GREENBURG, GRANT AND RICHARDS
5858 WESTHEIMER RD.
SUITE 500
HOUSTON, TX 77057



GURNEY J. BUSH INC.
PO BOX 21398
INDIANAPOLIS, IN 46221




HEADWAY CAPITAL
175 W. JACKSON BLVD.
SUITE 1000
CHICAGO, IL 60604



INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204
```

```
INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE N-240 MS 108
INDIANAPOLIS, IN 46204




INDY CHAMBER




INTERNAL REVENUE SERVICE
575 N. PENNSYLVANIA STREET
STOP SB380
INDIANAPOLIS, IN 46204
```

```
INTERNAL REVENUE SERVICE
575 N. PENNSYLVANIA STREET
STOP SB380
INDIANAPOLIS, IN 46204



INTUIT FINANCING INC.
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043



INTUIT FINANCING INC.
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043



JAMES D. AND SHARON HOWELL
11928 DALTON ROAD
LOSANTVILLE, IN 47354



JIM AND MELINDA ROBBINS
1451 SOUTH LONGVIEW ST.
BEAVERCREEK, OH 45432



LEVITON LAW FIRM LDT
ONE PIERCE PLACE SUITE 725W
ITASCA, IL 60143



LIBERTY MUTUAL
PO BOX 188025
FAIRFIELD, OH 45018
```

LIBERTY MUTUAL
PO BOX 188025
FAIRFIELD, OH 45018


LIBERTY MUTUAL
PO BOX 188025
FAIRFIELD, OH 45018


LIBERTY MUTUAL
PO BOX 188025
FAIRFIELD, OH 45018


LIBERTY MUTUAL
PO BOX 188025
FAIRFIELD, OH 45018


LINEBARGER GROAN BLAIR & SAMPSON LLP
PO BOX 44008
INDIANAPOLIS, IN 46244


MARION COUNTY TREASURER
200 EAST WASHINGTON ST. SUITE 1001
INDIANAPOLIS, IN 46204


MKR CPAS AND ADVISORS, LLC
9957 CROSSPOINT BLVD.
SUITE 100
INDIANAPOLIS, IN 46256

NATIONAL FUNDING
9530 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121


NAVITAS CREDIT CORP.
203 FORT WADE ROAD, SUITE 300
PONTE VEDRA, FL 32081


NAVITAS CREDIT CORP.
203 FORT WADE ROAD, SUITE 300
PONTE VEDRA, FL 32081


NAVITAS CREDIT CORP.
203 FORT WADE ROAD, SUITE 300
PONTE VEDRA, FL 32081


NAVITAS CREDIT CORP.
203 FORT WADE ROAD, SUITE 300
PONTE VEDRA, FL 32081


NAVITAS CREDIT CORP.
203 FORT WADE ROAD, SUITE 300
PONTE VEDRA, FL 32081


NAVITAS CREDIT CORP.
203 FORT WADE ROAD, SUITE 300
PONTE VEDRA, FL 32081

NEAL WARNER
325 CAMPBELL AVENUE
INDIANAPOLIS, IN 46219


NEAL WARNER
325 CAMPBELL AVENUE
INDIANAPOLIS, IN 46219


NEIGHBORHOOD SELF-EMPLOYMENT INITIATIVE
111 MONUMENT CIRCLE, SUITE 1950
INDIANAPOLIS, IN 46204


NELSON ALARMS
2602 EAST 55TH ST.
INDIANAPOLIS, IN 46220


NEW LANE FINANCE
123 SOUTH BROAD ST. 17TH FLOOR
PHILADELPHIA, PA 19109


NEW LANE FINANCE
123 SOUTH BROAD ST. 17TH FLOOR
PHILADELPHIA, PA 19109


NEXTIVA, INC.
PO BOX 207330
DALLAS, TX 75320

```
NORTH STAR LEASING
747 PINE ST. #201
BURLINGTON, VT 05401




NORTH STAR LEASING
747 PINE ST. #201
BURLINGTON, VT 05401




NORTH STAR LEASING
747 PINE ST. #201
BURLINGTON, VT 05401




NORTH STAR LEASING
747 PINE ST. #201
BURLINGTON, VT 05401




NORTH STAR LEASING
747 PINE ST. #201
BURLINGTON, VT 05401




NORTH STAR LEASING
747 PINE ST. #201
BURLINGTON, VT 05401




NORTHWEST REGISTERED AGENT LLC
5534 SAINT JOE ROAD
FORT WAYNE, IN 46835
```

ONDECK CAPITAL
1400 BROADWAY, 22ND FLOOR
NEW YORK, NY 10018


PAUL WARNER
328 N. LAYMAN AVENUE
INDIANAPOLIS, IN 46219


PAUL WARNER
328 N. LAYMAN AVENUE
INDIANAPOLIS, IN 46219


PAUL WARNER
328 N. LAYMAN AVENUE
INDIANAPOLIS, IN 46219


PAUL WARNER
328 N. LAYMAN AVENUE
INDIANAPOLIS, IN 46219


PAUL WARNER
328 N. LAYMAN AVENUE
INDIANAPOLIS, IN 46219


PIAZZA PRODUCE
5941 WEST 82ND ST.
INDIANAPOLIS, IN 46278

PIAZZA PRODUCE
5941 WEST 82ND ST.
INDIANAPOLIS, IN 46278

PILLOW ROCK PROPERTY, LLC
8421 EAST 450
CARTHAGE, IN 46115

QUENCH USA,INC.
630 ALLENDALE RD. SUITE 200
KING OF PRUSSIA, PA 19406

QUICKBOOKS
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043

RITTER MANAGEMENT GROUP LLC
471 S. RITTER AVENUE
INDIANAPOLIS, IN 46219

RITTER MANAGEMENT GROUP LLC
471 S. RITTER AVENUE
INDIANAPOLIS, IN 46219

RMS
PO BOX 500
FOGELSVILLE, PA 18051

ROBERT WARNER
6546 BAKER RD.
HAGERSTOWN, IN 47346


SEQUIN ASSET SOLUTIONS LLC
1130 NORTHCHASE PKWY. SUITE 150
MARIETTA, GA 30067


SESAC
35 MUSIC SQUARE EAST
NASHVILLE, TN 37203


SPECTRUM
240 N. DELAWARE ST.
INDIANAPOLIS, IN 46204


SPECTRUM
240 N. DELAWARE ST.
INDIANAPOLIS, IN 46204


THE ATHENAEUM FOUNDATION, INC.
CRAIG MINCE, PRESIDENT
401 E. MICHIGAN STREET
INDIANAPOLIS, IN 46204


THE ATHENAEUM FOUNDATION, INC.
401 E. MICHIGAN STREET
INDIANAPOLIS, IN 46204

```
THIRD STREET VENTURES, LLC
6630 E. 75TH STREET, SUITE 214
INDIANAPOLIS, IN 46250




TINKER T.A.B. L.L.C.
1101 EAST 16TH FLOOR 2
INDIANAPOLIS, IN 46202




TINKER TWG, LLC
10 S. NEW NEW JERSEY, SUITE 310
INDIANAPOLIS, IN 46204




TOAST, INC.
401 PARK DRIVE, SITE 801
BOSTON, MA 02215




TOAST, INC.
401 PARK DRIVE, SITE 801
BOSTON, MA 02215




TOAST, INC.
401 PARK DRIVE, SITE 801
BOSTON, MA 02215




TOAST, INC.
401 PARK DRIVE, SITE 801
BOSTON, MA 02215
```

U.S. SMALL BUSINESS ADMINISTATION
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL 35203


U.S. SMALL BUSINESS ADMINISTATION
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL 35203


U.S. SMALL BUSINESS ADMINSTRATION
2 NORTH STREET
BIRMINGHAM, AL 35203


UNITED COLLECTIONS BUREAU
200 PATROL RD. SUITE 200
JEFFERSONVILLE, IN 47130


WASTE MANAGEMENT
200 S HARDING ST.
INDIANAPOLIS, IN 46222


WASTE MANAGEMENT
200 S HARDING ST.
INDIANAPOLIS, IN 46222


WEBBANK, ITS SUCCESSORS AND ASSIGNEES
215 SOUTH BANK STREET, SUITE 1000
SALT LAKE CITY, UT 84111

```
WELTMANN, WEINBERG, REIS CO. LPA
PO BOX 93596
CLEVELAND, OH 44101




WHAT CHEF'S WANT
940 WEST 5TH ST.
CINCINNATI, OH 45203




WHAT CHEF'S WANT
940 WEST 5TH ST.
CINCINNATI, OH 45203




WHAT CHEF'S WANT
940 WEST 5TH ST.
CINCINNATI, OH 45203
```

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Coat Check Coffee LLC**                                                    Case No.
_____                              Chapter   **11**
                                   Debtor(s)

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Coat Check Coffee LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 28, 2024**
_____
Date

**/s/ Jason T. Mizzell**
**Jason T. Mizzell 30038-53**
Signature of Attorney or Litigant
Counsel for   **Coat Check Coffee LLC**
**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-692-9000 Fax:317-264-6832**
**jmizzell@kgrlaw.com**